United States District Court
Southern District of Texas
**ENTERED**
March 06, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANIEL SIMPSON, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-16-836 |
| § | |
| NINE ENERGY SERVICES, L.L.C, *et al.*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

For the reasons identified in the accompanying Memorandum and Opinion, Nine Energy Services' motion for summary judgment, (Docket Entry No. 21), is granted. This case is dismissed with prejudice.

SIGNED on March 6, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge